June 29, 2007

Mr. Rance L. Craft
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Thomas Stefan Allen
T. Stefan Allen, Attorney at Law
510 Ochiltree
Nacogdoches, TX 75961

RE: Case Number: 04-0515
 Court of Appeals Number: 12-03-00240-CV
 Trial Court Number: C17,675-2001

Style: STEPHEN F. AUSTIN STATE UNIVERSITY
 v.
 DIANE FLYNN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy S. |
| |Lusk |
| |Ms. Donna |
| |Phillips |